

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 17, 2015

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joney W. Rushing, Jr.                    CHAPTER 13
         Bobbisue K. Rushing                      CASE NO. 15-51658 KMS

### ORDER SUSTAINING DEBTOR(S) OBJECTION TO PRE-PETITION SECURED AND OTHER CLAIMS

**THIS MATTER** having come on for consideration upon the Debtor(s) Objection to Pre-Petition Secured and Other Claims (Docket # 11 ), filed in accordance with *In re Howard, 972 F.,2d 639 (5th Cir. 1992)*, and the Court having considered the Objection and does hereby order and adjudicate the Objection as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Debtor(s) Objection to Pre-Petition Secured and Other Claims sustained as to those Creditors that did not timely respond. All provisions, including the proposed treatment given to each and every secured or other claim included in the Objection for which no Response was timely filed, are hereby approved as set forth therein, to the extent not in conflict with Federal Rule of Bankruptcy Procedure 3002.1, or any prior or pending ruling or Order of this Court in this case related to Debtor(s) Objection and any timely filed Claimant's Response, It is further,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this Order constitutes a final judgment pursuant to F.R.B.P. 9021, which makes applicable F.R.Civ.P.58.

##END OF ORDER##

Submitted By:
James Clayton Gardner, Sr. (4747)
3012 Canty Street
Pascagoula MS 39567
(228) 762-6555 (228) 762-6589
glf@gardnerlawfirm.pc